**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| SUBARU OF INDIANA AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALEO SYLVANIA LLC n/k/a VALEO NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:24-cv-00011-TWP-KMB |

**PLAINTIFF SUBARU OF INDIANA AUTOMOTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Subaru of Indiana Automotive, Inc. ("SIA"), by counsel, pursuant to Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56-1, respectfully moves the Court for summary judgment in its favor on Defendant Valeo Sylvania LLC n/k/a Valeo North America, Inc.'s ("Valeo") obligation to indemnify SIA under Article 5.2 of the parties' Supply Agreement and on certain of Valeo's affirmative defenses.

SIA submits that there is no genuine dispute as to any material fact and that SIA is entitled to judgment as a matter of law. Specifically, SIA seeks summary judgment on Valeo's obligation to indemnify SIA for damages and expenses incurred in connection with the recall of Subaru Imprezas equipped with noncompliant headlamps supplied by Valeo. SIA also seeks summary judgment on Valeo's affirmative defenses concerning SIA's decision not to appeal the National Highway Traffic Safety Administration's denial of Subaru's petition for inconsequential noncompliance, the scope of the recall, SIA's rejection of Valeo's proposed alternative remedies, waiver and release, estoppel, and unclean hands.

In support of this Motion, SIA submits the Memorandum in Support of Motion for

Summary Judgment, including the Statement of Material Facts Not in Dispute contained therein as required by S.D. Ind. L.R. 56-1, and the appendix of materials submitted thereto, which is being filed contemporaneously with this Motion.

WHEREFORE, Plaintiff, Subaru of Indiana Automotive, Inc. respectfully requests that this Court grant this Motion for Summary Judgment, find that Valeo breached the Supply Agreement and is obligated to indemnify SIA under Article 5.2 for all damages and expenses incurred in connection with the recall, including labor costs, attorney's fees, and liability SIA has incurred to Subaru Corporation; find that Valeo is currently liable to SIA in the amount of $106,408,869.90 in United States dollars and $13,088,218.97 in Canadian dollars, which liability continues to accrue; grant summary judgment in SIA's favor on the affirmative defenses addressed in its supporting Memorandum, and award all other appropriate relief.

Respectfully submitted,

ICE MILLER LLP

*/s/ Thomas E. Mixdorf*

Thomas E. Mixdorf, Atty No. 16812-49
George A. Gasper, Atty No. 24466-41
Audrey K. Howard, Atty No. 30653-53
John D. French, Atty No. 37629-53
Aaron C. Cox, Atty. No. 38816-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
T: 317-236-2100
thomas.mixdorf@icemiller.com
george.gasper@icemiller.com
audrey.howard@icemiller.com
jd.french@icemiller.com
aaron.cox@icemiller.com

*Counsel for Plaintiff Subaru of Indiana Automotive, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, a copy of the foregoing was filed electronically via the Court's E-Filing System and served upon all ECF-registered counsel.

*/s/ Audrey K. Howard*