**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| SUBARU OF INDIANA AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALEO SYLVANIA LLC n/k/a VALEO NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:24-cv-00011-TWP-KMB |

**PROPOSED ORDER GRANTING PLAINTIFF SUBARU OF INDIANA AUTOMOTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Plaintiff, Subaru of Indiana Automotive, Inc.'s ("SIA") Motion for Summary Judgment filed pursuant to Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56-1. Having considered the Motion, supporting Memorandum, appendix of materials attached thereto, and applicable law, it is HEREBY ORDERED that:

1. SIA's Motion for Summary Judgment is GRANTED.
2. Defendant Valeo Sylvania LLC n/k/a Valeo North America, Inc. ("Valeo") breached the parties' Supply Agreement and is obligated under Article 5.2 to indemnify SIA for damages and expenses incurred in connection with the recall of Subaru Imprezas equipped with noncompliant headlamps supplied by Valeo, including labor costs, attorney's fees, and liability SIA has incurred to Subaru Corporation.
3. Valeo is currently liable to SIA in the amount of $106,408,869.90 in United States dollars and $13,088,218.97 in Canadian dollars, which liability continues to accrue.
4. Summary judgment is granted in SIA's favor on Valeo's affirmative defenses concerning SIA's decision not to appeal the National Highway Traffic Safety

Administration's denial of Subaru's petition for inconsequential noncompliance, the scope of the recall, SIA's rejection of Valeo's proposed alternative remedies, waiver and release, estoppel, and unclean hands.

IT IS SO ORDERED.

Date: ____________________

____________________________________
Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email