**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| SUBARU OF INDIANA AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALEO SYLVANIA LLC n/k/a VALEO NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:24-cv-00011-TWP-KMB |

**PLAINTIFF SUBARU OF INDIANA AUTOMOTIVE, INC.'S SUBMISSION OF APPENDIX OF MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Subaru of Indiana Automotive, Inc. ("SIA"), by counsel, submits the following appendix of materials in support of its Motion for Summary Judgment:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | SIA 30(b)(6) Vol. 1 - Dep. Excerpts |
| 2 | SIA 30(b)(6) Vol. 2 - Dep. Excerpts |
| 3 | Evans Dep. Excerpts |
| 4 | SIA-000872 |
| 5 | Dep. Ex. 028 |
| 6 | Dep. Ex. 200 |
| 7 | Dep. Ex. 106 |
| 8 | Hashagan Dep. Excerpts |
| 9 | Valeo 30(b)(6) Dep. Excerpts |
| 10 | Verplank Dep. Excerpts |
| 11 | McMullin Dep. Excerpts |
| 12 | Rider Dep. Excerpts |
| 13 | Supplier Quality Manual |
| 14 | Soderborg Report |
| 15 | Dep. Ex. 211 |
| 16 | Dep. Ex. 136 |
| 17 | VALEO_00065264-69 |
| 18 | Roberts Dep. Excerpts |
| 19 | Garrison Dep. Excerpts |
| 20 | VALEO_00066012 |
| 21 | Dep. Ex. 069 |

| Exhibit No. | Exhibit Description |
|---|---|
| 22 | Robinson Dep. Excerpts |
| 23 | Nelson Dep. Excerpts |
| 24 | Dep. Ex. 032 |
| 25 | Dep. Ex. 126 (Parts 1 and 2) |
| 26 | Dep. Ex. 158 |
| 27 | Lange Report |
| 28 | VALEO_00051163 |
| 29 | VALEO_00021820 |
| 30 | Dep. Ex. 070 |
| 31 | Dep. Ex. 084 |
| 32 | Dep. Ex. 097 |
| 33 | VALEO_00059749 |
| 34 | Dep. Ex. 052 |
| 35 | SIA-024264-72 |
| 36 | Dep. Ex. 083 |
| 37 | VALEO_00001258-73 |
| 38 | VALEO_00023980-92 |
| 39 | Aplin Dep. Excerpts |
| 40 | VALEO_00048517-20 |
| 41 | VALEO_00001274 |
| 42 | SIA-000247 |
| 43 | Dep. Ex. 116 |
| 44 | Dep. Ex. 112 |
| 45 | SIA-000149 |
| 46 | SIA-002756 |
| 47 | SIA's Response to Interrogatory No. 4 & 6 |
| 48 | Roller Dep. Excerpts |
| 49 | NASI00012346-67 |
| 50 | Dep. Ex. 219 |
| 51 | Dep. Ex. 127 |
| 52 | Nunez Dep. Excerpts |
| 53 | Dep. Ex. 218 |
| 54 | VALEO_00048418 |
| 55 | Dep. Ex. 156 |
| 56 | VALEO_00047731 |
| 57 | SIA-000971 |
| 58 | Dep. Ex. 122 |
| 59 | VALEO_00015647-52 |
| 60 | Dep. Ex. 103 |
| 61 | VALEO_00000821 |
| 62 | SIA-000513 |
| 63 | Silva Dep. Excerpts |
| 64 | NASI00000651 |
| 65 | Dep. Ex. 270 |

| Exhibit No. | Exhibit Description |
|---|---|
| 66 | SIA's Response to Request for Production No. 64 |
| 67 | Koneful Dep. Excerpts |
| 68 | SIA's Fourth Supplemental Response to Interrogatory No. 8 |
| 69 | SIA-025815 |
| 70 | SIA-025825 |
| 71 | SIA-025831 |
| 72 | SIA-025834 |
| 73 | SIA-025836 |
| 74 | SIA-025849 |
| 75 | SIA-025851 |
| 76 | SIA-025874 |
| 77 | SIA-025877 |
| 78 | SIA-025879 |
| 79 | Valeo's Response to SIA's Interrogatory No. 4 |
| 80 | SIA-026611 |
| 81 | VALEO_0067055 |

Respectfully submitted,

ICE MILLER LLP

*/s/ Thomas E. Mixdorf*

Thomas E. Mixdorf, Atty No. 16812-49
George A. Gasper, Atty No. 24466-41
Audrey K. Howard, Atty No. 30653-53
John D. French, Atty No. 37629-53
Aaron C. Cox, Atty. No. 38816-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
T: 317-236-2100
thomas.mixdorf@icemiller.com
george.gasper@icemiller.com
audrey.howard@icemiller.com
jd.french@icemiller.com
aaron.cox@icemiller.com

*Counsel for Plaintiff Subaru of Indiana Automotive, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, a copy of the foregoing was filed electronically via the Court's E-Filing System and served upon all ECF-registered counsel.

*/s/ Audrey K. Howard*